```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/20
```

**Cohen & Mizrahi LLP**

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 18, 2020

**VIA ECF**
Hon. Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  Cruz v. Zak Designs, Inc.; *Civil Action No. 1:20-cv-02191-GHW*

Dear Judge Woods,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Thursday, June 25, 2020 at 4:30 p.m. It is now June 18, 2020, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

---

Application granted in part and denied in part.  The initial pretrial conference scheduled for June 25, 2020 is adjourned to August 19, 2020 at 1:00 p.m.  The initial pretrial conference will be held via conference call.  The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).  The joint status letter and proposed case management plan described in the Court's March 13, 2020 order, Dkt. No. 5, are due no later than August 12, 2020.  The parties are directed to complete the mediation described in the Court's March 13, 2020, Dkt. No. 6, by no later than August 5, 2020.

The Court declines to extend the deadline to serve Defendant because Plaintiff has not demonstrated good cause in accordance with Fed. R. Civ. P. 4(m).

Plaintiff is directed to serve a copy of this order on Defendant and to file proof of service.
SO ORDERED.

Dated: June 22, 2020

_____
GREGORY H. WOODS
United States District Judge